FILED

2011 APR -7  A 9: 19

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dennis L. Wilson (Bar No. 155407)
dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
dcaplan@kmwlaw.com
Tara D. Rose (Bar. No. 256079)
trose@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
SUMMIT ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMIT ENTERTAINMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-10, <br><br> Defendants. | Case No.: CV 11 80 076 MISC WHA <br><br> **REQUEST TO ISSUE CIVIL SUBPOENA PURSUANT TO 17 U.S.C. § 512 (h)** |


Pursuant to 17 U.S.C. § 512(h), SUMMIT ENTERTAINMENT, LLC hereby requests that the Court issue civil subpoenas in the form of the subpoenas provided herewith, to identify all information, including documents and electronic files, sufficient to identify the name or names and address or addresses of the individual(s) who uploaded the files to:

http://www.twitter.com/JFCSTOP2 and jfcstop@yahoo.com.

This individual(s) has distributed copies of photographs which infringe Summit Entertainment, LLC's rights in the motion picture The Twilight Saga: Breaking Dawn. Pursuant to 17 U.S.C. § 512(h), Summit Entertainment, LLC is lodging herewith the subpoenas and the sworn declaration of David K. Caplan.

Dated: April 6, 2011         By: _____
                                 David K. Caplan
                                 Keats McFarland & Wilson LLP
                                 Attorney for Plaintiff
                                 Summit Entertainment, LLC