Dennis L. Wilson (Bar No. 155407)
dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
dcaplan@kmwlaw.com
Tara D. Rose (Bar. No. 256079)
trose@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
SUMMIT ENTERTAINMENT, LLC

FILED

2011 APR -7  A 9: 19

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUMMIT ENTERTAINMENT, LLC,

Plaintiff,

v.

JOHN DOES 1-10,

Defendants.

Case No.: CV 11 80 076 MISC WHA

**NOTICE OF INTERESTED PARTIES**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| Summit Entertainment, LLC | Plaintiff |
| Summit Productions, LLC | Subsidiary of Plaintiff |
| Summit Distribution, LLC | Subsidiary of Plaintiff |
| Covered Moon Productions, LLC | Subsidiary of Plaintiff |
| Covered Moon Productions Canada Inc. | Contractual Interest |

Dated: April 6, 2011    By: _____
David K. Caplan
Keats McFarland & Wilson LLP
Attorney for Plaintiff
Summit Entertainment, LLC